IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　v.<br><br>[1] ALDRIN MANUEL LARA-MARTINEZ,<br>　　also known as "Fries" and "alsmooth",<br>　　(Counts 1,2)<br>[2] FRANKLYN BAEZ-OTAÑO,<br>　　also known as "La Ciencia",<br>　　(Counts 1,2)<br><br>　　Defendants. | SECOND SUPERSEDING INDICTMENT<br><br>Criminal No. 24-154 (SCC)<br><br>Violations:<br>18 U.S.C. §§ 956(a)(1), (a)(2)(A)<br>18 U.S.C. § 1117<br>18 U.S.C. § 1119<br><br>TWO COUNTS |

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to this Superseding Indictment, unless otherwise indicated:

　　1.　　In or about 2022, [1] ALDRIN MANUEL LARA-MARTINEZ contacted [2] FRANKLYN BAEZ-OTAÑO—while [2] BAEZ-OTAÑO was in the Dominican Republic—and asked [2] BAEZ-OTAÑO if he could find someone to kill W.H. ("Victim-1") in the Dominican Republic. [2] BAEZ-OTAÑO agreed to kill Victim-1 and [1] LARA-MARTINEZ offered to pay [2] BAEZ-OTAÑO $10,000 United States currency for killing Victim 1. Sometime after, [1] LARA-MARTINEZ sent two rifles to [2] BAEZ-OTAÑO in the Dominican Republic

　　2.　　On or about August 16, 2023, [1] ALDRIN MANUEL LARA-MARTINEZ—while in the United States—communicated with Individual 1—the owner of

a car rental service in the Dominican Republic. [1] LARA-MARTINEZ stated, in sum and substance, that he was traveling to the Dominican Republic and that he needed to rent a car. Individual 1 told [1] LARA-MARTINEZ, that Individual 1 had a red Honda Accord available to rent and that [1] LARA-MARTINEZ, could pay in cash when he arrived in the Dominican Republic. Prior to [1] LARA-MARTINEZ's arrival, he asked if Individual 1 had a different vehicle.

3. On or about August 17, 2023, Individual 2 sent a message text to [1] LARA-MARTINEZ stating, "That n***** [Victim 1]s out there but he aint got no beef with you. . ." and [1] LARA-MARTINEZ responded "Why u talking to this n****."

4. On or about August 18, 2023, [1] LARA-MARTINEZ, flew on JetBlue flight No. 1929 from Logan International Airport in Massachusetts to Santo Domingo in the Dominican Republic.

5. On or about August 18, 2023, [1] LARA-MARTINEZ, called Individual 1 asking if [1] LARA-MARTINEZ could tint the front windows of the rented red Honda Accord.

6. In the early morning hours of August 20, 2023, W.H. ("Victim 1"), F.A.A. ("Victim 2"), and R.A.B.P. ("Victim 3") left a night club, in Bani, in the Dominican Republic, in a Jeep Grand Cherokee and a Range Rover. Victim 1 and Victim 3 were in the Jeep Grand Cherokee and Victim 2 was in the Range Rover. While they were stopped, the red Honda Accord driven by [2] BAEZ-OTAÑO came to a stop alongside the vehicles. From inside the red Honda Accord, [1] LARA-MARTINEZ and another individual, began shooting at Victim 1. As a result of the gunfire, Victim 2 and Victim 3 died from gunshot wounds. Victim 1— the intended target — survived the assault but suffered gunshot wounds.

7. On or about August 20, 2023, in the Dominican Republic, [1] LARA-MARTINEZ wiped down the door handles of the red Honda Accord and abandoned the car, which had shattered right rear passenger window. Two other individuals picked up [1] LARA-MARTINEZ on a motor bike.

8. On or about September 13, 2023, [1] LARA-MARTINEZ sent a text message via Instagram to an Instagram account controlled by Individual 3 stating , "Im going to need 5k from you."

9. On or about September 14, 2023, [1] LARA-MARTINEZ—while in the Dominican Republic—engaged in the following text messaging conversation via an encrypted messaging application with Individual 2, with words that have been translated from English to the Spanish language in italics:

| Date, Time | From Individual 2 | From [1] LARA-MARTINEZ |
|---|---|---|
| 9/14/2023, 1:08 a.m. | Whatd you think that you was gonna off that n**** [Victim 1] if yall did and no one was gonna do nothing about it? | . |
| 9/14/2023, 1:08 a.m. | | Na i know thats not what i'm saying |
| 9/14/2023, 1:08 a.m. | Yea nah | |
| 9/14/2023, 1:08 a.m | | I'm taking all [Victim 1]s beef |
| 9/14/2023, 1:08 a.m | | But that other shit |
| 9/14/2023, 1:08 a.m. | But that other shitYou good bro dont worry about us nothings gonna happen to us | |
| 9/14/2023, 1:08 a.m | | They should be on [Victim 1]'s back |

3

| Date, Time | From Individual 2 | From [1] LARA-MARTINEZ |
|---|---|---|
| 9/14/2023, 1:09 a.m | | And [Individual 5] |
| 9/14/2023, 1:09 a.m | From the familys side or [Victim 1]'s *you know* | |
| 9/14/2023, 1:09 a.m. | Facts thats what im saying | |
| 9/14/2023, 1:09 a.m | | For bringin them to the club and letting them leave with [Victim 1] |
| 9/14/2023, 1:09 a.m | The girl didnt leave with them tho | |
| 9/14/2023, 1:09 a.m | | Yea im taking that witj pride idc |
| 9/14/2023, 1:09 a.m | . Everyone knows the girl was an accident | |
| 9/14/2023, 1:09 a.m. | | They should know |
| 9/14/2023, 1:09 a.m | | And [Victim 3]s too |
| 9/14/2023, 1:10 a.m | And that [Victim 3] was at the wrong place with the wrong people | |
| 9/14/2023, 1:10 a.m | | He got there with [Individual 5] |
| 9/14/2023, 1:10 a.m | | Both of them |
| 9/14/2023, 1:10 a.m | | [Victim 1] sold them out |

10. On or about September 14, 2023, [1] LARA-MARTINEZ —while in the Dominican Republic-- engaged in the following text messaging conversation via an encrypted messaging application account associated with Individual 2 and Individual 2 and [1] LARA-MARTINEZ discussed how he had to obtain a firearm in the Dominican Republic:

| Date, Time | From Individual 2 | From [1] LARA-MARTINEZ |
|---|---|---|
| 9/14/2023 2:54 a.m. | | I tried asking that n****for |

| Date, Time | From Individual 2 | From [1] LARA-MARTINEZ |
|---|---|---|
| | | something since the first day he out here lying saying he gave me a gun n shit |
| 9/14/2023 2:55 a.m. | Nah i havent told him shit | |
| 9/14/2023 2:55 a.m. | | Ok but he tried talking to u? |
| 9/14/2023 2:55 a.m. | Nahh | |
| 9/14/2023 2:55 a.m. | | Ok |
| 9/14/2023 2:55 a.m. | Before you went you asked him to use a gun? | |
| 9/14/2023 2:56 a.m. | | Yea i had no joint i had to Buy them shitd here |

11. On or about September 16, 2023, [1] LARA-MARTINEZ—while in the Dominican Republic—engaged in the following text messaging conversation via an encrypted messaging application account associated with Individual 2 and Individual 2 and [1] LARA-MARTINEZ discussed that they knew Victim 2:

| Date, Time | From Individual 2 | From [1] LARA-MARTINEZ |
|---|---|---|
| 9/16/2023 3:27 p.m. | Thats me and her^ | |
| 9/16/2023 3:27 p.m. | | And we went to school together |
| 9/16/2023 3:27 p.m. | | Thats all i remember |
| 9/16/2023 3:27 p.m. | | Besided that i'll be talking shit |
| 9/16/2023 3:27 p.m. | Yaah | |

5

| Date, Time | | |
|---|---|---|
| 9/16/2023 3:28 p.m. | | Did they Say what Caliber hit her? |
| 9/16/2023 3:28 p.m. | Nah | |
| 9/16/2023 3:28 p.m. | I havent heard any of that | |
| 9/16/2023 3:28 p.m. | | Idk if it was me or not bro |

12.  On or about September 16, 2023, [1] LARA-MARTINEZ—while in the Dominican Republic—engaged in the following text messaging conversation via an encrypted messaging application account associated with Individual 2 and Individual 2 and [1] LARA-MARTINEZ described how he was able to engage in the drive-by-shooting:

| Date, Time | From Individual 2 | From [1] LARA-MARTINEZ |
|---|---|---|
| 9/16/2023 3:29 p.m. | Howd you shoot from the driver side | |
| 9/16/2023 3:30 p.m. | | Thats a dumb questions bro |
| 9/16/2023 3:30 p.m. | | This aint My first time |
| 9/16/2023 3:31 p.m. | Yea so your mans in the passager side cant hear shit? Or the one in the back they *deaf* right now | |
| 9/16/2023 3:31 p.m. | | It don't work Like that bro |
| 9/16/2023 3:31 p.m. | | Stop watching movies |

6

13. On or about September 28, 2023, [1] LARA-MARTINEZ engaged in a text conversation via Instagram—with the Instagram account controlled by Individual 4—discussing his impending trip to the District of Puerto Rico. Portions of which are reproduced below:

| Date, Time | From Individual 4 | From [1] LARA-MARTINEZ |
|---|---|---|
| 9/28/2023 5:13 p.m. | | I'm leaving today |
| 9/28/2023 5:13 p.m. | | Omw to The shit |
| 9/28/2023 5:13 p.m | Ok thats good cuzco good Luck bro I love you | |
| 9/28/2023 5:13 p.m. | Be safe preserve your life | |
| 9/28/2023 5:14 p.m. | . | Love You too Mane god willing we'll talk again saturday |
| 9/28/2023 5:14 p.m. | | As long as we leave dr territory i'm good i cant get deported |
| 9/28/2023 5:14 p.m. | | I just hope these n***** don't play me so i won't have to shoot no one else |

14. On or about September 29, 2023, [1] LARA-MARTINEZ, traveled from the Dominican Republic to the District of Puerto Rico on board a yawl-type motor vessel with migrants to avoid apprehension by law enforcement in the Dominican Republic.

## COUNT ONE
**Conspiracy to Kill Persons in a Foreign Country**
18 U.S.C. §§ 956(a)(1) and (a)(2)(A)

1. The allegations contained in the Introduction Section paragraphs one through fourteen are realleged and incorporated as if fully set forth in this paragraph.

2. Beginning on or about August 16, 2023, and continuing up to and until on or about October 4, 2023, in the District of Puerto Rico, in the Country of the Dominican Republic, elsewhere, and in an offense committed out of the jurisdiction of any particular State or district,

> [1] ALDRIN MANUEL LARA-MARTINEZ,
> also known as "Fries" and "alsmooth",
> [2] FRANKLYN BAEZ-OTAÑO,
> also known as "La Ciencia",

the defendants herein, one of whom was first brought to and arrested in the District of Puerto Rico, did knowingly and intentionally, combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit at a place outside the United States, to wit: the Dominican Republic, an act that would constitute the offense of murder, kidnapping, or maiming if committed in the special maritime and territorial jurisdiction of the United States.

3. In furtherance of this conspiracy and to accomplish its objects, within the District of Puerto Rico and elsewhere,

> [1] ALDRIN MANUEL LARA-MARTINEZ,
> also known as "Fries" and "alsmooth",
> [2] FRANKLYN BAEZ-OTAÑO,
> also known as "La Ciencia",

the defendants herein, committed and caused to be committed, among others, the following overt acts:

    a. On or about August 18, 2023, [1] LARA-MARTINEZ traveled from Logan International Airport, in Boston, Massachusetts, to the Dominican Republic.

b.  On or about September 29, 2023, [1] LARA-MARTINEZ, traveled from the Dominican Republic to the District of Puerto Rico, to avoid apprehension by law enforcement in the Dominican Republic.

All in violation of Title 18, United States Code, Sections 956(a)(1), and (a)(2)(A).

## COUNT TWO
### Conspiracy to Foreign Murder of United States National
18 U.S.C. §§ 1117 and 1119

1.  The allegations contained in the Introduction Section paragraphs one through fourteen are realleged and incorporated as if fully set forth in this paragraph.

2.  Beginning on or about August 18, 2023, and continuing up to and until September 28, 2024, in the Country of the Dominican Republic, elsewhere, and in an offense committed out of the jurisdiction of any particular State or district,

[1] ALDRIN MANUEL LARA-MARTINEZ,
also known as "Fries" and "alsmooth",
[2] FRANKLYN BAEZ-OTAÑO,
also known as "La Ciencia",

the defendants herein, [1] LARA-MARTINEZ, a national of the United States, as defined by Section 101(a)(22) of the Immigration and Nationality Act, Title 8, United States Code, who was first brought to and arrested in the District of Puerto Rico, and [2] BAEZ-OTAÑO, did knowingly and intentionally, combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1119.

3.  It was a part and object of the conspiracy that [1] LARA-MARTINEZ, a national of the United States, as defined by Section 101(a)(22) of the Immigration and Nationality Act, Title 8, United States Code, and others known and unknown to the Grand Jury, would kill a national of the United States, to wit: [1] LARA-MARTINEZ agreed with others known and unknown to the Grand Jury, to unlawfully kill Victim 1, a national of the

United States, as defined by Section 101(a)(22) of the Immigration and Nationality Act, Title 8, United States Code, outside of the United States and within the Country of the Dominican Republic.

4. In furtherance of this conspiracy and to accomplish its objects, within the Country of the Dominican Republic, and elsewhere,

> [1] ALDRIN MANUEL LARA-MARTINEZ,
> also known as "Fries" and "alsmooth",

the defendant herein, committed and caused to be committed, among others, the following overt acts:

a. On or about August 18, 2023, [1] ALDRIN MANUEL LARA-MARTINEZ obtained the red Honda Accord in the Dominican Republic.

b.  On or about and between August 18, 2023, and August 20, 2023, [1] ALDRIN MANUEL LARA-MARTINEZ obtained firearms in the Dominican Republic.

All in violation of Title 18, United States Code, Sections 1117 and 1119.

TRUE BILL.

FOREPERSON

Date: 9-X-2025

W. STEPHEN MULDROW
United States Attorney

_[signature]_
Myriam Y. Fernández-González
Assistant United States Attorney, Chief
Asset Recovery, Money Laundering, and Transnational Organized Crime

_[signature]_
María L. Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Asset Recovery, Money Laundering, and Transnational Organized Crime

_[signature]_
Ryan R. McCabe
Assistant United States Attorney

for: _[signature]_
María Cristina Semanaz Ojeda
Assistant United States Attorney